**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| AUGUSTUS FELECCIA AND JUSTIN T. RESCH, | : | No. 359 MAL 2017 |
| | : | |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LACKAWANNA COLLEGE A/K/A | : | |
| LACKAWANNA JUNIOR COLLEGE, KIM | : | |
| A. MECCA, MARK D. DUDA, WILLIAM E. | : | |
| REISS, DANIEL A. LAMAGNA, KAITLIN | : | |
| M. COYNE AND ALEXIS D. BONISESE, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

1. Is a Pennsylvania college required to have qualified medical personnel present at intercollegiate athletic events to satisfy a duty of care to the college's student-athletes?

2. Is an exculpatory clause releasing "any and all liability" signed in connection with participation in intercollegiate football enforceable as to negligence?